# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 22-469V

|  |  |
|---|---|
| ALESIA MCCLELLAN, personal representative of the estate of LESSIE WILLIAMS,<br><br>      Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>      Respondent. | Chief Special Master Corcoran<br><br>Filed: July 31, 2024 |

*Nancy Routh Meyers*, Turning Point Litigation, Greensboro, NC

*Jay Travis Williamson*, U.S. Department of Justice, Washington, DC, for Respondent.

### DECISION AWARDING DAMAGES[1]

On April 26, 2022, Lessie Williams[2] filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[3] (the "Vaccine Act"). The Petition alleges that Ms. Williams suffered a Table Injury - Guillain-Barré Syndrome ("GBS") as a result of her February 3, 2020 influenza ("flu") vaccination. Petition at 1, ¶ 21. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] Ms. Williams died on December 9, 2023, from pancreatic cancer. Exhibit 13. On March 20, 2024, I granted Petitioner's Motion to Substitute Alesia McClellan (the personal representative of Ms. Williams's estate) as the "Petitioner" in this claim. ECF No. 35; Exhibit 14. All references in this ruling to "Petitioner" refer to Ms. McClellan in her representative capacity as the personal representative of the Estate of Lessie Williams.

[3] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On July 31, 2024, a ruling on entitlement was issued, finding Petitioner entitled to compensation for GBS. On July 29, 2024, Respondent filed a proffer on award of compensation ("Proffer"), contained within his Rule 4(c) Report, indicating Petitioner should be awarded $250,000.00 in pain and suffering, $4,672.50 in past unreimbursable expenses, and funds to satisfy the Commonwealth of Pennsylvania Medicaid lien in the amount of $120,084.63. Proffer at 11-12. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the Proffer, **I award the following compensation:**

A. **A lump sum payment of $254,672.50 (representing $250,000.00 in pain and suffering and $4,672.50 in past unreimbursable expenses) in the form of a check payable to Petitioner, Alesia McClellan, personal representative of the estate of Lessie Williams; and**

B. **A lump sum payment of $120,084.63, representing compensation for satisfaction of the Commonwealth of Pennsylvania Medicaid lien, in the form of a check payable jointly to Petitioner and:**

> **Commonwealth of Pennsylvania**
> **Bureau of Program Integrity**
> **Division of Third Party Liability**
> **Recovery Section**
> **P.O. Box 8486**
> **Harrisburg, PA 17105-8486**
> **ID No: 730 143 912**

Petitioner agrees to endorse the check to the Commonwealth of Pennsylvania for satisfaction of the Medicaid lien. Proffer at 11-12. This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[4]

**IT IS SO ORDERED.**

> **s/Brian H. Corcoran**
> Brian H. Corcoran
> Chief Special Master

---

[4] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.